AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 26 2023
TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JEREMY DALE DUNIGAN | ) | |
| | ) | Case No.  4:21CR00153 DPM |
| | ) | USM No.  28777-009 |
| | ) | Crystal Okoro |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Mandatory, Standard & Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory (1) | Commission of another federal, state or local crime. | 08/30/2022 |
| Mandatory (3) | Failure to refrain from unlawful use of a controlled substance. | 08/08/2022 |
| Standard (2) | Failure to follow instructions and report to probation officer. | 09/15/2022 |
| Special (1) | Failure to participate in a substance abuse treatment program. | 09/12/2022 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8177

Defendant's Year of Birth:  1980

City and State of Defendant's Residence: _____

04/25/2023
Date of Imposition of Judgment

_Billy R. Wilson_ (signature)
Signature of Judge

BILLY ROY WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

4-26-23
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: JEREMY DALE DUNIGAN
CASE NUMBER: 4:21CR00153 DPM

Judgment—Page  2  of  3

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
|---|---|---|
| Special (2) | Failure to participate in mental health counseling under the guidance and supervision of the probation office. | 01/05/2022 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: JEREMY DALE DUNIGAN
CASE NUMBER: 4:21CR00153 DPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

14 months, to run concurrently with Case Number 4:14CR00191-23 BSM. No term of supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration. All general and standard conditions previously imposed remain in full force and effect.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL